# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC,<br>Plaintiff,<br><br>v.<br><br>KAMPFIRE TRADING, INC.,<br>Defendant. | Case No.: CV 17-6248 DSF (JEMx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: 4/3/18

Dale S. Fischer
United States District Judge